UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 3:04cr89-WHB-JCS

CHARLES LAWSON

## ORDER FOR TRANSFER OF FUNDS

Upon consideration of the defendant's Motion For Transfer of funds, and the defendant's affidavit requesting that all funds in his commissary account be transferred to the Clerk of Court for the purpose of posting bond,

IT IS HEREBY ORDERED, that the motion is well taken and should be granted; and

IT IS FURTHER ORDERED, that the Madison County Jail shall transfer, (via check or draft), $500.00 from funds currently in defendant Charles Lawson's commissary account to:

    Clerk's Office
    United States District Court
    Southern District of Mississippi
    245 East Capitol Street, Suite 316
    Jackson, MS 39201

SO ORDERED this the 27th day of February, 2006.

                                              /s/ James C. Sumner

                                            _____
                                            U.S. Magistrate Judge

Presented by:


/s/ *Omodare B. Jupiter*
Omodare Jupiter
Counsel for Charles Lawson